

# WILLEFORD & TOLEDANO

201 ST. CHARLES AVENUE, SUITE 4208
NEW ORLEANS, LA 70170-4208

504/582.1286
FAX 313/692.5927
WWW.WILLEFORDTOLEDANO.COM

**RECEIVED**

OCT 3 1 2019

U.S. DISTRICT JUDGE
MARY ANN VIAL LEMMON

JAMES F. WILLEFORD
REAGAN L. TOLEDANO

PLEASE REPLY TO:
RTOLEDANO@WILLEFORDLAW.COM

October 30, 2019

**VIA FAX: (504) 589-2239**

The Honorable Mary Ann Vial Lemmon
500 Poydras Street
Room C414
New Orleans, LA 70130

Re:  *Gwenel Betrece vs. Unum Life Insurance Company of America*
     **USDC, EDLA Docket No. 2:19-4513, S(2)**

Dear Judge Lemmon,

I am writing to let you know that the parties have reached a settlement of all claims asserted in this case and to respectfully request the Court to issue a 60-day Order of Dismissal.

Sincerely,

Reagan L. Toledano

RLT/kab

cc:  Lauren A. Welch (lwelch@mcsalaw.com)

# FAX COVER SHEET

| | |
|---|---|
| TO | Hon. Mary Ann Vial Lemmon |
| COMPANY | USDC EDLA |
| FAX NUMBER | 15045892239 |
| FROM | James Willeford |
| DATE | 2019-10-31 16:41:07 CDT |
| RE | Betrece vs. Unum, No. 2:19-4513 |

## COVER MESSAGE

Please see the attached letter from Plaintiff's attorney
regarding the settlement in this case.