UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GWENEL M. BETRECE** | * | **CIVIL ACTION NO. 19-04513** |
| | * | |
| **VERSUS** | * | **JUDGE MARY ANN VIAL LEMMON** |
| | * | |
| **UNUM LIFE INSURANCE COMPANY** | * | **MAGISTRATE JUDGE JOSEPH C.** |
| **OF AMERICA** | * | **WILKINSON, JR.** |

* * * * * * * * * * * * *

## **O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 10th day of February, 2020.

_____
**UNITED STATES DISTRICT COURT JUDGE**